| | |
|---|---|
| 1 | MELINDA S. RIECHERT, State Bar No. 65504 |
|  | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | 2 Palo Alto Square |
|  | 3000 El Camino Real, Suite 700 |
| 3 | Palo Alto, CA 94306-2122 |
|  | Tel: 650.843.4000 |
| 4 | Fax: 650.843.4001 |
|  | E-mail: mriechert@morganlewis.com |
| 5 | |
|  | Attorneys for Defendants |
| 6 | BAYER CORPORATION AND |
|  | BAYER HEALTHCARE LLC |
| 7 | |
|  | MICHAEL WORTHINGTON |
| 8 | 15760 Venture Blvd., #700 |
|  | Encino, CA 91436 |
| 9 | Tel: 818.907.1696 |
|  | Fax: 818.908.1127 |
| 10 | E-mail: mworthington@intlawctr.com |
| 11 | Attorneys for Plaintiff |
|  | NANCY PINOLI |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY PINOLI, | Case No. C06 07253 PJH |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |
| vs. | Complaint Filed: October 27, 2006 |
| BAYER CORPORATION, BAYER HEALTHCARE, LLC, and DOES 1-30, inclusive, | |
| Defendants. | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

☐ Non-binding Arbitration (ADR L.R. 4)

☒ Early Neutral Evaluation (ENE) (ADR L.R. 5)

1

1    ☐ Mediation (ADR L.R. 6)

2    *(Note: Parties who believe that an early settlement conference with a Magistrate Judge is*

3    *appreciably more likely to meet their needs than any other form of ADR, must participate in an*

4    *ADR phone conference and may not file this form. They must instead file a Notice of Need for*

5    *ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

6    **Private Process:**

7    ☐ Private ADR (please identify process and provider) _____

8    The parties agree to hold the ADR session by:

9    ☒ the presumptive deadline *(The deadline is 90 days from the date of the order referring*

10    *the case to an ADR process unless otherwise ordered.)*

11    ☐ other requested deadline:

13    Dated: February 16, 2007        MORGAN, LEWIS & BOCKIUS, LLP

14                                   By: /s/ Melinda Riechert
                                  Melinda Riechert

16                                   Attorney for Defendants
                                  BAYER CORPORATION AND
                                  BAYER HEALTHCARE, LLC

18                                   LAW OFFICE OF MICHAEL WORTHINGTON

19    Dated: February ___, 2007

20                                   By:_____
                                  Michael Worthington

21                                   Attorneys for Plaintiff
                                  NANCY PINOLI

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

2

CASE NO. C06 07253 PJH
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

1  ☐ Mediation (ADR L.R. 6)
2  *(Note: Parties who believe that an early settlement conference with a Magistrate Judge is*
3  *appreciably more likely to meet their needs than any other form of ADR, must participate in an*
4  *ADR phone conference and may not file this form. They must instead file a Notice of Need for*
5  *ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*
6  **Private Process:**
7  ☐ Private ADR (please identify process and provider) _____
8  The parties agree to hold the ADR session by:
9  ☒ the presumptive deadline *(The deadline is 90 days from the date of the order referring*
10 *the case to an ADR process unless otherwise ordered.)*
11 ☐ other requested deadline:

13 Dated: February 16, 2007

MORGAN, LEWIS & BOCKIUS, LLP

By: /s/ Melinda Riechert
Melinda Riechert

Attorney for Defendants
BAYER CORPORATION AND
BAYER HEALTHCARE, LLC

18
19 Dated: February 16, 2007

LAW OFFICE OF MICHAEL WORTHINGTON

By: /s/ Michael Worthington
Michael Worthington

Attorneys for Plaintiff
NANCY PINOLI

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

2

CASE NO. C06 07253 PJH
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

# [~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

☐ Non-binding Arbitration

☒ Early Neutral Evaluation (ENE)

☐ Mediation

☐ Private ADR

Deadline for ADR session

☒ 90 days from the date of this order.

☐ other _____

**IT IS SO ORDERED.**

Dated: 2/21/07

_____
Honorable
UNITED S...

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
(United States District Court, Northern District of California seal)

CASE NO. C06 07253 PJH
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

3