1   MELINDA S. RIECHERT, State Bar No. 065504
    MORGAN, LEWIS & BOCKIUS LLP
2   2 Palo Alto Square
    3000 El Camino Real, Suite 700
3   Palo Alto, CA  94306-2122
    Tel:  650.843.4000
4   Fax:  650.843.4001
    E-mail:  mriechert@morganlewis.com
5
    Attorneys for Defendant
6   BAYER CORPORATION AND
    BAYER HEALTHCARE LLC
7
    MICHAEL WORTHINGTON, State Bar No. 75234
8   15760 Venture Blvd., #700
    Encino, CA  91436
9   Tel:  818.907.1696
    Fax:  818.908.1127
10  E-mail:  mworthington@intlawctr.com

11  Attorneys for Plaintiff
    NANCY PINOLI
12

13                      UNITED STATES DISTRICT COURT

14                     NORTHERN DISTRICT OF CALIFORNIA

15

16  NANCY PINOLI,                          Case No. C06-07253 PJH

17              Plaintiff,                  **STIPULATION AND [PROPOSED]**
                                            **ORDER TO DISMISS BAYER**
18         vs.                              **CORPORATION AND NAME BAYER**
                                            **HEALTHCARE LLC AS EMPLOYER**
19  BAYER CORPORATION, BAYER
    HEALTHCARE LLC, and DOES 1-30,
20  inclusive,

21              Defendant.

22

23         Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Nancy Pinoli

24  ("Plaintiff") and Defendants Bayer Corporation and Bayer Healthcare LLC, (collectively,

25  "Defendants"), by and through their respective counsel, file this stipulation:

26         WHEREAS Defendant Bayer HealthCare LLC is Plaintiff's former employer and the

27  proper defendant in this action, not Bayer Corporation;

28         WHEREAS dismissal of Defendant Bayer Corporation from the above-titled case is

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3629818.2                      1          STIPULATION AND [PROPOSED] ORDER TO DISMISS
                                               BAYER CORPORATION AND NAME BAYER
                                               HEALTHCARE LLC AS EMPLOYER  (C06-07253 PJH)

1   appropriate;

2         IT IS HEREBY STIPULATED by Plaintiff and Defendants that Defendant Bayer

3   Corporation is hereby voluntarily dismissed from this lawsuit with prejudice.  Plaintiff and

4   Defendants further stipulate to amending the complaint as attached hereto reflecting such

5   dismissal.

6         IT IS SO STIPULATED.

7

8   Dated: April 2, 2007                              MORGAN, LEWIS & BOCKIUS LLP

9

10                                                    By _Melinda S. Riechert / jp_
                                                         Melinda S. Riechert

11

12                                                    Attorneys for Defendants
                                                      BAYER CORPORATION AND
                                                      BAYER HEALTHCARE LLC
13

14

15  Dated: March 21, 2007                             MICHAEL WORTHINGTON

16

17                                                    By _____/s/_____
                                                         Michael Worthington

18
                                                      Attorneys for Plaintiff
19                                                    NANCY PINOLI

20

21                              [PROPOSED] ORDER

22

23        PURSUANT TO STIPULATION, IT IS SO ORDERED.

24

25  Dated:_4/3/07_____

26                                                    Honorable Phyllis
                                                      UNITED STATES

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3629818.2                          2           STIPULATION AND [PROPOSED] ORDER TO DISMISS
                                                    BAYER CORPORATION AND NAME BAYER
                                                    HEALTHCARE LLC AS EMPLOYER (C06-07253 PJH)