UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY PINOLI, <br><br> Plaintiff, <br><br> vs. <br><br> BAYER HEALTHCARE, LLC, <br><br> Defendant. | Case No. C06-07253 PJH <br><br> [~~PROPOSED~~] ORDER OF DISMISSAL |

BASED UPON the foregoing stipulation, it is hereby

ORDERED AND ADJUDGED:

The Complaint against Defendant is hereby dismissed, with prejudice as to all claims, each party to bear their own costs and attorney's fees. All pending motions are denied as moot, and the Clerk is ordered to close the file.

IT IS SO ORDERED:

Dated: 1/4/08

The Honorable _____
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3683303.1

[PROPOSED] ORDER OF DISMISSAL
CASE NO. C06-07253 PJH